UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BILLY RAY SELF** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-9469** |
| **SGT. WALTER MILLER, ET AL.** | **SECTION "C" (1)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against the Louisiana Department of Public Safety and Corrections is **DISMISSED WITHOUT PREJUDICE** pursuant to the Eleventh Amendment.

**IT IS FURTHER ORDERED** that plaintiff's official-capacity claims against Sgt. Walter Miller, Sgt. Darrell Miley, and Capt. Darrell Dykes are **DISMISSED WITHOUT PREJUDICE** pursuant to the Eleventh Amendment.

**IT IS FURTHER ORDERED** that plaintiff's individual-capacity claims against Sgt. Walter Miller, Sgt. Darrell Miley, and Capt. Darrell Dykes are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing state a claim on which relief may be granted.

New Orleans, Louisiana, this 19 day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE